Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001097
27-JUN-2012
01:45 PM

NO. CAAP-11-0001097

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LOUIS FARIA, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 11-1-0017)
(CR. NOS. 05-1-1237 and 05-1-1386)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on December 28, 2011, Petitioner-Appellant Louis Faria (Appellant) filed a notice of appeal; (2) the record on appeal was filed on February 23, 2012 and the appellate clerk informed Appellant that the jurisdictional statement was due March 5, 2012 and the opening brief was due April 3, 2012; (3) Appellant did not file either document; (4) on June 12, 2012, the appellate clerk informed Appellant that: (a) the time for filing the

statement of jurisdiction and the opening brief had expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on June 22, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed; and (5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that this appeal is dismissed.

DATED: Honolulu, Hawai'i, June 27, 2012.

Presiding Judge

Associate Judge

Associate Judge